Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Juan Manuel Munoz | 09-45684-WJL 13 |

WITHDRAWAL
OF
MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS for the above named Chapter 13 Case which was filed on March 21, 2011, same being court docket #13.

Date: April 25, 2011

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

In Re:
    Juan Manuel Munoz

Chapter 13 Case No:
09-45684-WJL 13

Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Juan Manuel Munoz
4724 Matterhorn Court
Antioch, CA 94531

(Debtor(s))

Date: April 25, 2011

Peter C Pappas Atty
2400 Sycamore Dr #40
Antioch, CA 94509

(Counsel for Debtor(s))

/s/ JOSEPH CURTIZ
JOSEPH CURTIZ